DATE: May 4, 2021

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. W. Neil Wills
   v. Lisa J. Wills
   Record No. 0117-20-4
   Opinion rendered by Judge Beales on
   February 9, 2021

2. Lisa J. Wills
   v. W. Neil Wills
   Record No. 0144-20-4
   Opinion rendered by Judge Beales on
   February 9, 2021

3. Lamont Lendell Bagley
   v. Commonwealth of Virginia
   Record No. 0249-20-2
   Opinion rendered by Chief Judge Decker on
   February 23, 2021

4. Terrence D'Juan Blackwell
   v. Commonwealth of Virginia
   Record No. 0328-20-2
   Opinion rendered by Judge Russell on
   February 23, 2021

5. Juan Luis Lopez
   v. Commonwealth of Virginia
   Record No. 0266-20-1
   Opinion rendered by Judge Athey on
   March 2, 2021

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Jeffrey Scott Haas
     v. Commonwealth of Virginia
    Record No. 0621-18-2
     Opinion rendered by Chief Judge Decker
       on October 29, 2019
     Judgment of Court of Appeals affirmed in part and vacated in part by order entered
       on March 25, 2021 (191580)

2. John Carlos Bardales
     v. Commonwealth of Virginia
    Record No. 0455-19-4
     Opinion rendered by Judge Beales
       on April 7, 2020
     Refused (200962)